ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

FILED
FEB 19 2008
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TYLER CONSTRUCTION GROUP,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 08-94 C |

**RULE 7.1 DISCLOSURE STATEMENT OF TYLER CONSTRUCTION GROUP**

Pursuant to RCFC 7.1, Tyler Construction Group hereby submits this disclosure statement. Tyler Construction Group, a South Carolina corporation, has no parent corporation and there is no publicly owned corporation that owns 10% or more of its stock.

Respectfully submitted,

[signature]

Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Ft. Washington, PA 19034
215-542-2777
215-542-2779 (fax)
mhp@phslegal.com

Attorney of Record for
TYLER CONSTRUCTION GROUP

Dated: 2-18-08