ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

FILED
FEB 19 2008
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TYLER CONSTRUCTION GROUP, Plaintiff, | : | |
| v. | : | No. 08-94 C |
| THE UNITED STATES, Defendant. | : | |

## MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 65(a) of the Rules of the Court of Federal Claims, Plaintiff TYLER CONSTRUCTION GROUP moves the Court for a preliminary injunction enjoining the U.S. Department of the Army, its agents, employees, officers and representatives, and those acting in concert with or participating with any of the foregoing, from proceeding with the award of a contract under RFP No. W9126G-07-R-0122 pending a final determination of the merits by this Court. A Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary Injunction is filed herewith.

Respectfully submitted,

Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Fort Washington, PA 19034
(215) 542-2777
(215) 542-2779/FAX
mhp@phslegal.com
Counsel of Record for TYLER CONSTRUCTION GROUP

Date: 2-18-08