# In the United States Court of Federal Claims

No. 08-94C
Filed: February 21, 2008

| | |
|---|---|
| TYLER CONSTR. GROUP, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

---

ORDER

ESTABLISHING BRIEFING SCHEDULE

and

WAIVING REQUIREMENT TO ANSWER COMPLAINT AND RESPOND TO MOTION FOR PRELIMINARY INJUNCTION

---

As discussed during the telephone conference held on February 19, 2008, and as further agreed to by the parties by telephone on February 20, 2008, defendant anticipates filing the Administrative Record no later than March 4, 2008. In addition to filing an electronic copy, defendant shall also supply chambers with a courtesy paper copy of the record.

After defendant files the Administrative Record, the parties shall adhere to the following briefing schedule:

1. On or before the date 21 days after the filing of the Administrative Record, plaintiff shall file its initial motion.

2. On or before the date 21 days after the filing of plaintiff's motion, defendant shall file its cross-motion.

3. On or before the date 14 days after the filing of defendant's cross-motion, plaintiff shall file its response and reply.

4. On or before the date 14 days after the filing of plaintiff's response and reply, defendant shall file its reply brief.

On the basis of the briefing schedule set forth above, defendant need not file an answer to plaintiff's complaint or a response to plaintiff's motion for a preliminary injunction.

s/John P. Wiese
John P. Wiese
Judge