IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TYLER CONSTRUCTION CO. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-94C |
| | ) | (Judge Wiese) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD

PLEASE TAKE NOTICE THAT, pursuant to Rule 52.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, is filing the following documents today: (1) the Affidavit of Denver S. Heath certifying the contents of the Administrative Record; (2) the Administrative Record in electronic format with public and protected documents segregated upon separate CDs pursuant to the Court's March 3, 2008 Protective Order; and (3) an index of documents in the Administrative Record. Furthermore, a courtesy paper copy of the Administrative Record (14 binders) will be delivered to chambers tomorrow pursuant to the Court's February 21, 2008 Order.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

s/Douglas G. Edelschick
DOUGLAS G. EDELSCHICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. Street, N.W.
Washington, DC 20530
Tel: (202) 353-9303

March 4, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2008, a copy of foregoing "DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Copies of the aforementioned affidavit, CDs, index, and paper documents are being served upon counsel of record via FedEx.

s/Douglas G. Edelschick