# In the United States Court of Federal Claims

**08-94 C**

**Filed: March 4, 2008**

**TYLER CONSTRUCTION GROUP ,**

**v.**

**THE UNITED STATES**

**ADMINISTRATIVE RECORD**
**(submitted in CD Format, two disks)**
**DISK TWO FILED UNDER SEAL**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.