ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAR 4 2008
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| Tyler Construction Group, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 08-94 C |
| | § | |
| The United States, | § | |
| | § | |
| Defendant | § | |

**DECLARATION OF DENVER S. HEATH**
**CERTIFYING ADMINISTRATIVE RECORD**

I, Denver S. Heath, declare that:

1. I am currently employed by the U.S. Army Corps of Engineers, Southwest Division, as the Regional Contracting Chief. I have been employed in this position since 1 April 2007. As Regional Contracting Chief, I am the senior contracting official within the Division and charged with the responsibility to oversee, develop/train approximately 118 contracting personnel with the purpose of executing the mission in accordance with all applicable laws and regulations.

2. In my position as Regional Contracting Chief, and previous position as the Southwestern Division Acquisition Program Manager, I have been closely involved in the formulation and implementation of the Corps of Engineers' National Acquisition Strategy and the resultant Fort Worth District's CoS (Centers of Standardization) Acquisition Plan. As a result of that involvement, I am generally familiar with the documentation which I believe reflects the decision-making process which culminated in the approval and release of Fort Worth District's Acquisition Plan and Solicitation No. W9126G-07-R-0122, which represents but one of many procurements to be made under the subject Acquisition Plan.

3. I have assisted in the compilation of the Administrative Record and am familiar with its contents. To the best of my knowledge and belief, the documents contained within the Administrative Record as filed with the Court constitute a true, correct and complete copy of

the Administrative Record in this action. The compiled Administrative Record is currently maintained in the offices of Fort Worth District Office of Counsel, Room 2A08, 819 Taylor Street, Fort Worth, Texas. I certify that, after a diligent search of Corps of Engineers files, and to the best of my knowledge, the documents contained within the Administrative Record constitute all significant documents considered by the decision-maker in connection with Fort Worth District's issuance of Solicitation No. W9126G-07-R-0122.

4. I declare under penalty of perjury that the foregoing is true and correct.

Dated this 28th day of February, 2008.

Denver S. Heath
Regional Contracting Chief

STATE OF TEXAS §
§
COUNTY OF TARRANT §

Subscribed and sworn to BEFORE ME, the undersigned authority by the said Denver S. Heath, this 28th day of February 2008, to certify which witness my hand and seal of office.

Notary Public in and for
State of Texas

MARK B. MCMURRY
Notary Public, State of Texas
My Commission Expires
August 03, 2008