IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| TYLER CONSTRUCTION GROUP, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 08-94C |
| | : | (Judge Wiese) |
| THE UNITED STATES, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Upon consideration of Plaintiff's Motion To Exceed Page Limits For Its Memorandum Of Law In Support Of Its Motion For Judgment Upon The Administrative Record, it is this day of , 2008, hereby ORDERED that the Plaintiff may file a memorandum of law up to sixty-five (65) pages in length.

____________________________
J.