# In the United States Court of Federal Claims

No. 08-94C
Filed: March 24, 2008

| | |
|---|---|
| TYLER CONSTRUCTION GROUP, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

GRANTING MOTION TO EXCEED PAGE LIMITS

Plaintiff's March 24, 2008, Unopposed Motion to Exceed Page Limits for Its Memorandum of Law in Support of Its Motion for Judgment Upon the Administrative Record is GRANTED.

s/John P. Wiese
John P. Wiese
Judge