IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TYLER CONSTRUCTION CO. | ) | |
| | ) | No. 08-94C |
| Plaintiff, | ) | (Judge Wiese) |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 10-day extension of time, to and including April 25, 2008, to file its motion for judgment upon the administrative record and response to plaintiff's cross-motion. Our motion and response currently is due on April 15, 2008. This is our first request for an enlargement of time for this purpose. Counsel for the parties have discussed this motion and its request for relief, and plaintiff's counsel has represented that plaintiff does not oppose this request.

The requested enlargement is necessary because defendant's counsel has been out of the office to perform family responsibilities associated with the birth of a child. We anticipate that the additional 10 days will provide sufficient time for defendant to prepare its motion and response and to confer and to coordinate with agency counsel. Accordingly, we respectfully request a 10-day enlargement of time, to and including April 25, 2008, to file our motion for judgment upon the administrative record and response to plaintiff's cross-motion.

For the foregoing reasons, we respectfully request that the Court grant this unopposed motion for a 10-day enlargement of time, to and including April 25, 2008, for the United States

to file its motion for judgment upon the administrative record and response to plaintiff's cross-motion.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

s/Douglas G. Edelschick
DOUGLAS G. EDELSCHICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. Street, N.W.
Washington, DC 20530
Tel: (202) 353-9303

Attorneys for Defendant

OF COUNSEL:

Thomas J. Warren, CPT, JA
Office of the Chief Counsel
United States Army Corps of Engineers
441 G. St. N.W.
Washington, DC 20314

April 11, 2008

CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2008, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas G. Edelschick