# In the United States Court of Federal Claims

No. 08-94C
Filed: April 14, 2008

| | |
|---|---|
| | ) |
| TYLER CONSTR. GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

---

ORDER

GRANTING MOTION FOR ENLARGEMENT

---

Defendant's April 11, 2008, unopposed motion for an enlargement of time, to and including April 25, 2008, within which to file its motion for judgment on the administrative record and response to plaintiff's motion, is GRANTED.

s/John P. Wiese
John P. Wiese
Judge