IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TYLER CONSTRUCTION CO. | ) | |
| | ) | No. 08-94C |
| Plaintiff, | ) | Judge Wiese |
| | ) | |
| v. | ) | Contains Protected Information |
| | ) | To Be Disclosed Only In Accordance |
| THE UNITED STATES, | ) | With U.S. Court of Federal Claims |
| | ) | Protective Order |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO CORRECT
ADMINISTRATIVE RECORD AND FOR OTHER RELIEF

Pursuant to Rules 7(b) and 52.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully moves to correct the administrative record that was filed on March 4, 2008.

Tab 24 of the administrative record is the Amended Acquisition Plan. When the Amended Acquisition Plan was copied for the administrative record, we inadvertently omitted the attachments. Ex. A. There are two attachments to the Amended Acquisition Plan, which are listed as attachments 2 and 3. Attachment 2 is a list of projects that appears to be substantially identical to the document that appears in the Administrative Record at AR 23, pp. 5-28. Attachment 3 is comprised of spreadsheets concerning market research that was conducted by the Corps. Attachments 2 and 3 are part of Amended Acquisition Plan and, for the sake of completeness, Tab 24 of the Administrative Record should be corrected to include them. We have paginated attachments 2 and 3 so they can be inserted after the last page in Tab 24.

We also note that the United States Army Corps of Engineers issued Amendment 10 to the Solicitation in late March 2008. Ex. B. The parties agree that Amendment 10 moots Tyler's arguments concerning single award task order contracts, or SATOCs, which were presented in Tyler's pending motion for judgment. E.g., Pl. Br. 3-4, 10-11, 34-35. Counsel for plaintiff

confirmed this agreement during the status conference on April 21, 2008. We therefore request that the Court deem the SATOC arguments moot.

Counsel for the parties have discussed this motion and its requests for relief, and plaintiff's counsel has represented that plaintiff does not oppose these requests.

For the foregoing reasons, we respectfully request that the Court grant this unopposed motion to correct the administrative record and for other relief.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

s/Douglas G. Edelschick
DOUGLAS G. EDELSCHICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. Street, N.W.
Washington, DC 20530
Tel: (202) 353-9303

Attorneys for Defendant

OF COUNSEL:

Thomas J. Warren, CPT, JA
Office of the Chief Counsel
United States Army Corps of Engineers
441 G. St. N.W.
Washington, DC 20314

April 24, 2008

CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2008, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION TO CORRECT ADMINISTRATIVE RECORD AND FOR OTHER RELIEF" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas G. Edelschick