**FY 08-12 Workload**
**NER Unrestricted UEPH**

| Project Number | Project CAT CODE | FY | Facility Type | Project Cost | Location | Region | Project Value by FY |
|---|---|---|---|---|---|---|---|
| 68772 | 72111 | 2008 | UEPH | $ 24,643,512.00 | Ft. Drum | NER | |
| Notional | 72111 | 2008 | UEPH | $ 76,848,000.00 | Ft. Drum | NER | |
| Notional | 72111 | 2008 | UEPH | $ 81,115,000.00 | Ft. Drum | NER | $ 182,606,512.00 |
| 64522 | 72111 | 2010 | UEPH | $ 56,000,000.00 | Ft. Drum | NER | $ 56,000,000.00 |
| 64497 | 72111 | 2012 | UEPH | $ 43,125,000.00 | Ft. Drum | NER | $ 43,125,000.00 |
| | | | | **$ 281,731,512.00** | | | **$ 281,731,512.00** |
| 68764 | 72111 | 2008 | UEPH | $ 22,443,120.00 | Ft. Eustis | NER | $ 22,443,120.00 |
| | | | **Total** | **$ 22,443,120.00** | | | **$ 22,443,120.00** |

| | | | |
|---|---|---|---|
| $ 281,731,512.00 | SATOC primarily Ft. Drum | 2 to 3 Ktrs | $ 338,077,814.40 |
| $ 22,443,120.00 | C-Type | | |

**Total Projects** **6**
**Total Region Workload** **$ 304,174,632.00**
**Acquisition Strategy** **Unrestricted**



Protected Materials To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

USACE/AR 0053

**FY 08-12 Workload**
**NER Set-Aside UEPH**

| Project Number | Project CAT CODE | FY | Facility Type | Project Cost ($000) | Location | Region | Project Value by FY |
|---|---|---|---|---|---|---|---|
| 68778 | 72111 | 2008 | UEPH | $ 4,519,368.00 | Ft. Lee, VA | NER | |
| 68851 | 72111 | 2008 | UEPH | $ 11,944,044.00 | Ft. Meyer, VA | NER | $ 16,463,412.00 |
| 66092 | 72111 | 2009 | UEPH | $ 12,434,000.00 | Ft. Drum, NY | NER | |
| 66091 | 72111 | 2009 | UEPH | $ 14,994,000.00 | Ft. Drum, NY | NER | $ 27,428,000.00 |
| 63778 | 72111 | 2011 | UEPH | $ 14,983,000.00 | Ft. Drum, NY | NER | |
| 64522 | 72111 | 2011 | UEPH | $ 11,443,000.00 | Ft. Drum, NY | NER | |
| 54221 | 72111 | 2011 | UEPH | $ 4,651,000.00 | Ft. McNair, DC | NER | |
| 43222 | 72111 | 2011 | UEPH | $ 10,915,000.00 | Ft. Story, VA | NER | $ 41,992,000.00 |
| 64109 | 72111 | 2012 | UEPH | $ 8,827,000.00 | Ft. Lee, VA | NER | $ 8,827,000.00 |
| | | | **Total** | **$ 94,710,412.00** | | | **$ 113,652,494.40** |

$ 94,710,412.00 HUBZone MATOC 3 to 4 Ktrs $ 113,652,494.40

| | | |
|---|---|---|
| **Total Projects** | | **9** |
| **Total Region Workload** | **$** | **94,710,412.00** |
| **Acquisition Strategy** | | **Set-Aside** |

Revised 1/29/2008



Amendment 001
Attachment 2

Protected Materials To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

**FY 08-12 Workload**
**NWR Unrestricted UEPH**

| Project Number | Project CAT CODE | FY | Facility Type | Project Cost ($000) | Location | Region | Project Value by FY |
|---|---|---|---|---|---|---|---|
| Notional | 72111 | 2008 | UEPH | $ 76,848,000.00 | Ft. Carson, CO | NWR | |
| Notional | 72111 | 2008 | UEPH | $ 81,115,000.00 | Ft. Carson, CO | NWR | |
| 68840 | 72111 | 2008 | UEPH | $ 20,000,000.00 | Ft. Lewis, WA | NWR | |
| 65933 | 72111 | 2008 | UEPH | $ 38,000,000.00 | Ft. Lewis, WA | NWR | $ 215,963,000.00 |
| 65934 | 72111 | 2009 | UEPH | $ 38,000,000.00 | Ft. Lewis, WA | NWR | $ 38,000,000.00 |
| 65475 | 72111 | 2010 | UEPH | $ 76,566,000.00 | Ft. Carson, CO | NWR | |
| 65362 | 72111 | 2010 | UEPH | $ 26,086,000.00 | Ft. Carson, CO | NWR | $ 102,652,000.00 |
| 63743 | 72111 | 2012 | UEPH | $ 73,777,000.00 | Ft. Riley, KS | NWR | $ 73,777,000.00 |
| | | | **Total** | **$ 430,392,000.00** | | | **$ 430,392,000.00** |
| | | | | | | | $ - |

| | | | |
|---|---|---|---|
| $ 430,392,000.00 | MATOC NWR | 2 to 3 Ktrs | $ 500,000,000.00 |

| | | |
|---|---|---|
| **Total Projects** | | **8** |
| **Total Region Workload** | **$** | **430,392,000.00** |
| **Acquisition Strategy** | | **Unrestricted** |



Protected Materials To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

**FY 08-12 Workload**
**NWR Set-Aside UEPH**

| Project Number | Project CAT CODE | FY | Facility Type | Project Cost | Location | Region | Project Value by FY |
|---|---|---|---|---|---|---|---|
| 68835 | 72111 | 2008 | UEPH | $ 9,058,500.00 | Ft. Leavenworth, KS | NWR | |
| 65775 | 72111 | 2008 | UEPH | $ 8,410,000.00 | Ft. Riley, KS | NWR | |
| 68716 | 72111 | 2008 | UEPH | $ 9,420,840.00 | Ft. Riley, KS | NWR | |
| 68797 | 72111 | 2008 | UEPH | $ 12,561,120.00 | Ft. Riley, KS | NWR | $ 39,450,460.00 |
| 65132 | 72111 | 2009 | UEPH | $ 8,960,000.00 | Ft. Riley, KS | NWR | $ 8,960,000.00 |
| 53774 | 72111 | 2011 | UEPH | $ 371,000.00 | Ft. Leavenworth, KS. | NWR | |
| 57190 | 72111 | 2011 | UEPH | $ 9,252,000.00 | Ft. Leonard Wood, MO | NWR | |
| 57193 | 72111 | 2011 | UEPH | $ 10,515,000.00 | Ft. Leonard Wood, MO | NWR | |
| 57194 | 72111 | 2011 | UEPH | $ 12,692,000.00 | Ft. Leonard Wood, MO | NWR | |
| 65714 | 72111 | 2011 | UEPH | $ 9,910,000.00 | Ft. Riley, KS | NWR | $ 42,740,000.00 |
| | | | **Total** | **$ 91,150,460.00** | | | **$ 91,150,460.00** |
| 60151 | 72111 | 2008 | UEPH | $ 14,060,000.00 | Ft. Lewis, WA | NWR | $ 14,060,000.00 |
| 65292 | 72111 | 2009 | UEPH | $ 9,513,000.00 | Ft. Lewis, WA | NWR | $ 9,513,000.00 |
| 64457 | 72111 | 2010 | UEPH | $ 12,039,000.00 | Ft. Lewis, WA | NWR | $ 12,039,000.00 |
| 58046 | 72111 | 2011 | UEPH | $ 10,992,000.00 | Ft. Lewis, WA | NWR | |
| 55198 | 72111 | 2011 | UEPH | $ 12,168,000.00 | Ft. Lewis, WA | NWR | |
| 64014 | 72111 | 2011 | UEPH | $ 13,816,000.00 | Ft. Lewis, WA | NWR | $ 36,976,000.00 |
| | | | **Total** | **$ 72,588,000.00** | | | **$ 72,588,000.00** |
| 59555 | 72111 | 2008 | UEPH | $ 21,472,000.00 | Ft. Lewis, WA | NWR | $ 21,472,000.00 |
| 63639 | 72111 | 2012 | UEPH | $ 21,472,000.00 | Ft. Lewis, WA | NWR | |
| 64456 | 72111 | 2012 | UEPH | $ 25,220,000.00 | Ft. Lewis, WA | NWR | $ 46,692,000.00 |
| | | | | **$ 68,164,000.00** | | | **$ 68,164,000.00** |
| 68800 | 72111 | 2008 | UEPH | $ 23,058,000.00 | Ft. Leonard Wood, MO. | NWR | |
| | | | **Total** | **$ 23,058,000.00** | | | |

NWK waiver in process to award under NWK contract

| | | | |
|---|---|---|---|
| $ 23,058,000.00 | 8(a) (either C-Type or on the 8(a) SATOC) | | |
| $ 91,150,460.00 | HUBZone MATOC NWR | 3 to 4 Ktrs | $ 109,380,552.00 |
| $ 72,588,000.00 | HUBZone MATOC prim Lewis | 3 to 4 Ktrs | $ 87,105,600.00 |
| $ 68,164,000.00 | 8(a) SATOC prim Lewis | | $ 81,796,800.00 |

| | | |
|---|---|---|
| **Total Projects** | | **20** |
| **Total Region Workload** | **$** | **254,960,460.00** |
| **Acquisition Strategy** | | **Set-Aside** |



Protected Materials To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

USACE/AR 0056

**FY 08-12 Workload**
**SER Unrestricted UEPH**

| Project Number | Project CAT CODE | FY | Facility Type | Project Cost | Location | Region | Project Value by FY |
|---|---|---|---|---|---|---|---|
| 68798 | 72111 | 2008 | UEPH | $ 51,055,000.00 | Ft. Bragg, GA | SER | |
| 68877 | 72111 | 2008 | UEPH | $ 19,083,240.00 | Ft. Campbell, KY | SER | |
| 64447 | 72111 | 2008 | UEPH | $ 19,731,000.00 | Ft. Bragg, GA | SER | $ 89,869,240.00 |
| 64340 | 72111 | 2010 | UEPH | $ 18,643,000.00 | Ft. Bragg, GA | SER | |
| 63641 | 72111 | 2010 | UEPH | $ 22,498,000.00 | Ft. Campbell, KY | SER | |
| 64297 | 72111 | 2010 | UEPH | $ 23,904,000.00 | Ft. Campbell, KY | SER | $ 65,045,000.00 |
| 38134 | 72111 | 2011 | UEPH | $ 15,236,000.00 | Ft. Benning, GA | | $ 15,236,000.00 |
| | | | **Total** | **$ 170,150,240.00** | | | **$ 170,150,240.00** |
| 58511 | 72111 | 2011 | UEPH | $ 18,430,000.00 | Ft. Bragg, GA | SER | |
| 61810 | 72111 | 2011 | UEPH | $ 18,631,000.00 | Ft. Campbell, KY | SER | |
| 64298 | 72111 | 2011 | UEPH | $ 19,746,000.00 | Ft. Campbell, KY | SER | |
| 64296 | 72111 | 2011 | UEPH | $ 23,454,000.00 | Ft. Campbell, KY | SER | |
| 64426 | 72111 | 2011 | UEPH | $ 32,267,000.00 | Ft. Bragg, GA | SER | |
| 62033 | 72111 | 2011 | UEPH | $ 82,922,000.00 | Ft. Stewart, GA | SER | $ 195,450,000.00 |
| 60155 | 72111 | 2012 | UEPH | $ 18,431,000.00 | Ft. Campbell, KY | SER | |
| 64294 | 72111 | 2012 | UEPH | $ 20,892,000.00 | Ft. Campbell, KY | SER | |
| 61167 | 72111 | 2012 | UEPH | $ 26,193,000.00 | HAAF | SER | |
| 51869 | 72111 | 2012 | UEPH | $ 62,801,000.00 | Ft. Gordon, | SER | $ 128,317,000.00 |
| | | | **Total** | **$ 323,767,000.00** | | | **$ 323,767,000.00** |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | $ 170,150,240.00 | MATOC FY 08-11 | 2 to 3 Ktrs | $ 204,180,288.00 |
| | | | | $ 323,767,000.00 | MATOC FY 11-13 | 3 to 3 Ktrs | $ 388,520,400.00 |

| | | |
|---|---|---|
| **Total Projects** | | **17** |
| **Total Region Workload** | **$** | **493,917,240.00** |
| **Acquisition Strategy** | | **Unrestricted** |



Protected Materials To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

**FY 08-12 Workload**
**SER Set-Aside UEPH**

| Project Number | Project CAT CODE | FY | Facility Type | Project Cost ($000) | Location | Region | Project Value by FY |
|---|---|---|---|---|---|---|---|
| 58491 | 72111 | 2008 | UEPH | $ 10,973,000.00 | Ft. Bragg, GA | SER | |
| 58489 | 72111 | 2008 | UEPH | $ 12,669,000.00 | Ft. Bragg, GA | SER | |
| 65203 | 72111 | 2008 | UEPH | $ 14,155,000.00 | Ft. Bragg, GA | SER | $ 37,797,000.00 |
| 59479 | 72111 | 2009 | UEPH | $ 7,217,000.00 | Ft. Bragg, GA | SER | $ 7,217,000.00 |
| 53555 | 72111 | 2011 | UEPH | $ 9,166,000.00 | Ft. Bragg, GA | SER | |
| 57317 | 72111 | 2011 | UEPH | $ 10,289,000.00 | Ft. Bragg, GA | SER | $ 19,455,000.00 |
| | | | **Total** | **$ 64,469,000.00** | | | **$ 64,469,000.00** |
| 31354 | 72111 | 2009 | UEPH | $ 16,735,000.00 | Ft. Jackson | SER | $ 16,735,000.00 |
| | | | **Total** | **$ 16,735,000.00** | | | |

| | | | |
|---|---|---|---|
| $ 64,469,000.00 | HUBZone MATOC | 3 to 4 Ktrs | $ 77,362,800.00 |
| $ 16,735,000.00 | C-Type HUBZone | | |

| | | |
|---|---|---|
| **Total Projects** | | **7** |
| **Total Region Workload** | **$** | **81,204,000.00** |
| **Acquisition Strategy** | | **MATOC** |



Protected Materials To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

**FY 08-12 Workload**
**SWR Unrestricted UEPH**

| Project Number | Project CAT CODE | FY | Facility Type | Project Cost | Location | Region | Project Value by FY |
|---|---|---|---|---|---|---|---|
| Notional | 72111 | 2008 | UEPH | $ 76,848,000.00 | Ft. Bliss, TX | SWR | |
| Notional | 72111 | 2008 | UEPH | $ 81,115,000.00 | Ft. Bliss, TX | SWR | |
| 68793 | 72111 | 2008 | UEPH | $ 34,292,736.00 | Ft. Hood, TX | SWR | |
| 68820 | 72111 | 2008 | UEPH | $ 17,128,800.00 | WSMR, NM | SWR | $ 209,384,536.00 |
| 65936 | 72111 | 2012 | UEPH | $ 86,854,000.00 | Ft. Bliss, TX | SWR | |
| 47339 | 72111 | 2012 | UEPH | $ 42,769,000.00 | Sam Houston | SWR | $ 129,623,000.00 |
| | | | **Total** | **$ 339,007,536.00** | | | **$ 339,007,536.00** |

$ 339,007,536.00 Unrestricted MATOC 2 to 3 Ktrs $ 406,809,043.20

**Total Projects** 6
**Total Region Workload** $ 339,007,536.00
**Acquisition Strategy** Unrestricted



Protected Materials To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

**FY 08-12 Workload**
**SWR Set-Aside UEPH**

| | Project CAT CODE | FY | Facility Type | Project Cost | Location | Region | Project Value by FY |
|---|---|---|---|---|---|---|---|
| 68784 | 72111 | 2008 | UEPH | $ 4,365,648.00 | Ft. Sam Houston, TX | SWR | |
| 67116 | 72111 | 2008 | UEPH | $ 6,700,000.00 | Ft. Bliss, TX | SWR | $ 11,065,648.00 |
| 67121 | 72111 | 2010 | UEPH | $ 6,121,000.00 | Ft. Bliss, TX | SWR | |
| 64191 | 72111 | 2010 | UEPH | $ 5,670,000.00 | Ft. Sam Houston, TX | SWR | $ 11,791,000.00 |
| | | | **Total** | **$ 22,856,648.00** | | | **$ 22,856,648.00** |
| 53473 | 72111 | 2011 | UEPH | $ 18,839,000.00 | Ft. Irwin, CA | SWR | |
| 53789 | 72111 | 2011 | UEPH | $ 28,779,000.00 | Presidio of Monterey, CA | SWR | $ 47,618,000.00 |
| | | | **Total** | **$ 47,618,000.00** | | | **$ 47,618,000.00** |

| | | | |
|---|---|---|---|
| $ 22,856,648.00 | SDVOSB SATOC | | $ 27,427,977.60 |
| $ 47,618,000.00 | 8(a) SATOC primarily state of CA | | $ 57,141,600.00 |

| | | |
|---|---|---|
| **Total Projects** | | **6** |
| **Total Region Workload** | **$** | **70,474,648.00** |
| **Acquisition Strategy** | | **Set-Aside** |



Protected Materials To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

USACE/AR 0060

**FY 08-12 Workload**
**NER AIT, BT & WIT**

| Project Number | Project CAT CODE | FY | Facility Type | Project Cost | Location | Region | Project Value by FY |
|---|---|---|---|---|---|---|---|
| 69515 | 72112 | 2008 | WT Barracks | $ 21,600,000.00 | Ft. Drum, NY. | NER | $ 21,600,000.00 |
| 70265 | 72112 | 2009 | WT Barracks | $ 17,000,000.00 | Ft. Mead, MD. | NER | |
| 65745 | 72112 | 2009 | WT Barracks | $ 30,000,000.00 | Ft. Belvoir, VA. | NER | $ 47,000,000.00 |
| 53583 | 72121 | 2012 | AIT Barracks | $ 65,000,000.00 | Ft. Eustis, NY | NER | $ 65,000,000.00 |
| | | | **Total** | **$ 133,600,000.00** | | | $ 133,600,000.00 |

$ 133,600,000.00 MATOC 2 ktrs $ 160,320,000.00

**Total Projects** **4**
**Total Region Workload** **$ 133,600,000.00**
**Acquisition Strategy** **Unrestricted**



Protected Materials To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

**FY 08-12 Workload**
**NWR AIT, BT & WIT**

| Project Number | Project CAT CODE | FY | Facility Type | Project Cost | Location | Region | Project Value by FY |
|---|---|---|---|---|---|---|---|
| 69838 | 72112 | 2008 | WT Barracks | $ 27,000,000.00 | Ft. Riley, KS. | NWR | $ 27,000,000.00 |
| 69224 | 72112 | 2009 | WT Barracks | $ 40,000,000.00 | Ft. Lewis, WA. | NWR | |
| 70196 | 72112 | 2009 | WT Barracks | $ 33,000,000.00 | Ft. Carson, CO. | NWR | $ 73,000,000.00 |
| 68721 | 72121 | 2010 | AIT Barracks | $ 56,000,000.00 | Ft. Leonardwood, MO | NWR | |
| 65133 | 72181 | 2010 | Basic Training Barracks | $ 21,000,000.00 | Ft. Riley, KS. | NWR | $ 77,000,000.00 |
| 51857 | 72181 | 2012 | Basic Training Barracks | $ 50,000,000.00 | Ft. Leonardwood, MO | NWR | $ 50,000,000.00 |
| | | | **Total** | **$ 227,000,000.00** | | | **$ 227,000,000.00** |

$ 227,000,000.00 MATOC NWR 3 to 4 Ktrs $ 272,400,000.00

| | | |
|---|---|---|
| **Total Projects** | | **6** |
| **Total Region Workload** | **$** | **227,000,000.00** |
| **Acquisition Strategy** | | **Unrestricted** |



Protected Materials To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

**FY 08-12 Workload**
**NWR AIT & BT Set-Aside**

| Project Number | Project CAT CODE | FY | Facility Type | Project Cost | Location | Region | Project Value by FY |
|---|---|---|---|---|---|---|---|
| 59633 | 72181 | 2012 | Basic Training Complex | $ 21,244,000.00 | Ft. Lewis, WA | NWR | $ 21,244,000.00 |
| | | | **Total** | **$ 21,244,000.00** | | | **$ 21,244,000.00** |

| | | |
|---|---|---|
| $ 21,244,000.00 | SDVOSB C-Type | $25 million bonding required. Additional MR will be conducted in FY 11 to ensure project is susceptible to set-aside |

**Total Projects** 1
**Total Region Workload** $ 21,244,000.00
**Acquisition Strategy** Set-Aside



Protected Materials To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

**FY 08-12 Workload**
**SER AIT, BT & WIT**

| Project Number | Project CAT CODE | FY | Facility Type | | Project Cost | Location | Region | | Project Value by FY |
|---|---|---|---|---|---|---|---|---|---|
| 65041 | 72181 | 2008 | Basic Training Barracks | $ | 42,000,000.00 | Ft. Benning, GA. | SER | $ | 42,000,000.00 |
| 69999 | 72112 | 2009 | WIT Barracks | $ | 25,000,000.00 | Ft. Benning, GA. | SER | | |
| 51256 | 72181 | 2009 | Basic Training Barracks | $ | 21,000,000.00 | Ft. Benning, GA. | SER | | |
| 68886 | 72112 | 2009 | WT Barracks | $ | 27,000,000.00 | Ft. Campbell, KY. | SER | | |
| 69904 | 72112 | 2009 | WT Barracks | $ | 30,000,000.00 | Ft. Gordon, GA. | SER | | |
| 69391 | 72112 | 2009 | WT Barracks | $ | 27,000,000.00 | Ft. Stewart, GA. | SER | | |
| 70180 | 72112 | 2009 | WT Barracks | $ | 43,000,000.00 | Ft. Knox, KY. | SER | $ | 173,000,000.00 |
| 67419 | 72181 | 2010 | Basic Training Barracks | $ | 16,000,000.00 | Ft. Benning, GA. | SER | | |
| 67419 | 72181 | 2010 | Basic Training Barracks | $ | 19,311,000.00 | Ft. Benning, GA. | SER | $ | 35,311,000.00 |
| | | | **Total** | **$** | **250,311,000.00** | | SER | **$** | **250,311,000.00** |
| 68734 | 72121 | 2008 | BT Barracks | $ | 54,000,000.00 | Ft. Jackson, SC. | SER | $ | 54,000,000.00 |
| 69798 | 72112 | 2009 | WT Barracks | $ | 35,000,000.00 | Ft. Bragg, NC. | SER | $ | 35,000,000.00 |
| 53794 | 72181 | 2010 | AIT Barracks | $ | 70,000,000.00 | Ft. Jackson, SC. | SER | $ | 70,000,000.00 |
| 48169 | 72181 | 2012 | Basic Training Barracks | $ | 52,000,000.00 | Ft. Jackson, SC. | SER | $ | 52,000,000.00 |
| | | | **Total** | **$** | **211,000,000.00** | | | **$** | **211,000,000.00** |

| | | | | |
|---|---|---|---|---|
| $ | 250,311,000.00 | MATOC primarily Benning | $ | 300,373,200.00 |
| $ | 211,000,000.00 | MATOC primarily Jackson | $ | 253,200,000.00 |

| | | |
|---|---|---|
| **Total Projects** | | **13** |
| **Total Region Workload** | **$** | **461,311,000.00** |
| **Acquisition Strategy** | | **Unrestricted** |



Protected Materials To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

**FY 08-12 Workload**
**SWR AIT, BT & WIT**

| Project Number | Project CAT CODE | FY | Facility Type | Project Cost | Location | Region | Project Value by FY |
|---|---|---|---|---|---|---|---|
| 68572 | 72121 | 2008 | AIT Barracks | $ 57,000,000.00 | Ft. Huachuca, AZ | SWR | $ 57,000,000.00 |
| 69778 | 72112 | 2009 | WT Barracks | $ 26,000,000.00 | Ft. Hood, TX. | SWR | |
| 68900 | 72112 | 2009 | WT Barracks | $ 34,000,000.00 | Ft. Bliss, TX. | SWR | |
| 69936 | 72112 | 2009 | WT Barracks | $ 37,000,000.00 | Ft. Sam Houston, TX. | SWR | |
| 64202 | 72121 | 2009 | AIT Barracks | $ 44,900,000.00 | Ft. Sam Houston, TX. | SWR | $ 141,900,000.00 |
| 58531 | 72181 | 2011 | Basic Training Barracks | $ 35,000,000.00 | Ft. Sill, OK | SWR | $ 35,000,000.00 |
| 58537 | 72181 | 2012 | Starship Renovation | $ 45,000,000.00 | Ft. Sill, OK | SWR | $ 45,000,000.00 |
| | | | **Total** | **$ 278,900,000.00** | | | **$ 278,900,000.00** |

$ 278,900,000.00 MATOC 3 to 4 Ktrs $ 334,680,000.00

**Total Projects** 7
**Total Region Workload** $ **278,900,000.00**
**Acquisition Strategy** **Unrestricted**



Protected Materials To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

**FY 08-12 Workload**
**NER Admin Set-Aside**

| Project Number | Project CAT CODE | FY | Facility Type | Project Cost | Location | Region | Project Value by FY |
|---|---|---|---|---|---|---|---|
| 65745 | 72112 | 2009 | WT Complex | $ 3,000,000.00 | Ft. Belvoir, VA. | NER | |
| | | | **Total** | **$ 3,000,000.00** | | | |
| 53583 | 72121 | 2012 | AIT Barracks | $ 3,000,000.00 | Ft. Eustis, NY | NER | |
| | | | **Total** | **$ 3,000,000.00** | | | |

$ 3,000,000.00 8(a) Sole Source Set-Aside
$ 3,000,000.00 8(a) Sole Source Set-Aside

| | | |
|---|---|---|
| **Total Projects** | | **2** |
| **Total Region Workload** | **$** | **6,000,000.00** |
| **Acquisition Strategy** | | **Set-Aside** |

*The Facility Type description represents the Project Number of the AIT/BT/WIT Facilities on the preceding pages.
The projects listed on this page are the corresponding Administrative Facilities



Protected Materials To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

**FY 08-12 Workload**
**NWR Admin Set-Aside**

| Project Number | Project CAT CODE | FY | Facility Type | | Project Cost | Location | Region | Project Value by FY |
|---|---|---|---|---|---|---|---|---|
| 69838 | 72112 | 2008 | WT Complex | $ | 3,000,000.00 | Ft. Riley, KS. | NWR | |
| 68721 | 72121 | 2010 | AIT Barracks | $ | 3,000,000.00 | Ft. Leonardwood, MO | NWR | |
| 65133 | 72181 | 2010 | Basic Training Complex | $ | 3,000,000.00 | Ft. Riley, KS. | NWR | |
| 51857 | 72181 | 2012 | Basic Training Complex | $ | 3,000,000.00 | Ft. Leonardwood, MO | NWR | |
| | | | **Total** | **$** | **12,000,000.00** | | | |
| 69224 | 72112 | 2009 | WT Complex | $ | 3,000,000.00 | Ft. Lewis, WA. | NWR | |
| | | | **Total** | **$** | **3,000,000.00** | | | |
| 59633 | 72181 | 2012 | Basic Training Complex | $ | 3,000,000.00 | Ft. Lewis, WA. | NWR | |
| | | | **Total** | **$** | **3,000,000.00** | | | |

| | | | |
|---|---|---|---|
| $ 12,000,000.00 | SATOC 8(a) Competitive | $ | 14,400,000.00 |
| $ 3,000,000.00 | 8(a) sole source set-aside | | |
| $ 3,000,000.00 | 8(a) sole source set-aside | | |

| | | |
|---|---|---|
| **Total Projects** | | **6** |
| **Total Region Workload** | **$** | **18,000,000.00** |
| **Acquisition Strategy** | | **Set-Aside** |

*The Facility Type description represents the Project Number of the AIT/BT/WIT Facilities on the preceding pages.
The projects listed on this page are the corresponding Administrative Facilities



Protected Materials To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

**FY 08-12 Workload**
**SER Admin Set-Aside**

| Project Number | Project CAT CODE | FY | Facility Type | | Project Cost | Location | Region | | Project Value by FY |
|---|---|---|---|---|---|---|---|---|---|
| 65041 | 72181 | 2008 | Basic Training Complex | $ | 3,000,000.00 | Ft. Benning, GA. | SER | | |
| - | 72112 | 2008 | WT SFAC Only | $ | 5,000,000.00 | Ft. Campbell, KY. | SER | | |
| 69581 | 72112 | 2008 | WT SFAC Only | $ | 4,000,000.00 | Ft. Stewart, GA. | SER | $ | 12,000,000.00 |
| 69999 | 72112 | 2009 | WT Complex | $ | 3,000,000.00 | Ft. Benning, GA. | SER | | |
| 69904 | 72112 | 2009 | WT Complex | $ | 3,000,000.00 | Ft. Gordon, GA. | SER | | |
| 70180 | 72112 | 2009 | WT Complex | $ | 3,000,000.00 | Ft. Knox, KY. | SER | $ | 9,000,000.00 |
| | | | **Total** | **$** | **21,000,000.00** | | | **$** | **21,000,000.00** |
| 68734 | 72121 | 2008 | AIT Barracks | $ | 3,000,000.00 | Ft. Jackson, SC. | SER | $ | 3,000,000.00 |
| 70268 | 72112 | 2009 | WT Admin Only | $ | 7,000,000.00 | Ft. Jackson, SC. | SER | $ | 7,000,000.00 |
| 53794 | 72181 | 2010 | AIT Barracks | $ | 3,000,000.00 | Ft. Jackson, SC. | | $ | 3,000,000.00 |
| 48169 | 72181 | 2012 | Basic Training Complex | $ | 3,000,000.00 | Ft. Jackson, SC. | | $ | 3,000,000.00 |
| | | | **Total** | **$** | **16,000,000.00** | | | **$** | **16,000,000.00** |
| 69798 | 72112 | 2009 | WT Complex | $ | 3,000,000.00 | Ft. Bragg, NC. | SER | $ | 3,000,000.00 |
| | | | **Total** | **$** | **3,000,000.00** | | | **$** | **3,000,000.00** |

| | | | | |
|---|---|---|---|---|
| $ | 21,000,000.00 | MATOC HUBZone | $ | 31,500,000.00 |
| $ | 16,000,000.00 | SATOC primarily Jackson 8(a) | $ | 19,200,000.00 |
| $ | 3,000,000.00 | 8(a) sole source | | |

| | | |
|---|---|---|
| **Total Projects** | | **11** |
| **Total Region Workload** | **$** | **40,000,000.00** |
| **Acquisition Strategy** | | **Set-Aside** |

*The Facility Type description represents the Project Number of the AIT/BT/WIT Facilities on the preceding pages.
The projects listed on this page are the corresponding Administrative Facilities

Amendment 001
Attachment 2



Protected Materials To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

**FY 08-12 Workload**
**SWR Admin Set-Aside**

| Project Number | Project CAT CODE | FY | Facility Type | Project Cost | Location | Region | Project Value by FY |
|---|---|---|---|---|---|---|---|
| 68572 | 72121 | 2008 | AIT Barracks | $ 3,000,000.00 | Ft. Huachuca, AZ | SWR | |
| 69802 | 72112 | 2008 | WT SFAC Only | $ 3,000,000.00 | Ft. Polk, LA. | SWR | |
| 69774 | 72112 | 2008 | WT Admin Only | $ 6,000,000.00 | Ft. Hood, TX. | SWR | $ 12,000,000.00 |
| 68900 | 72112 | 2009 | WT Complex | $ 3,000,000.00 | Ft. Bliss, TX. | SWR | |
| 69936 | 72112 | 2009 | WT Complex | $ 3,000,000.00 | Ft. Sam Houston, TX. | SWR | $ 6,000,000.00 |
| 64212 | 72121 | 2010 | AIT Barracks (No BN HQ) | $ 5,000,000.00 | Ft. Sam Houston, TX. | SWR | $ 5,000,000.00 |
| | | | **Total** | **$ 23,000,000.00** | | | **$ 23,000,000.00** |
| - | 72112 | 2009 | WT SFAC & Admin | $ 6,000,000.00 | Ft. Irwin, CA. | SWR | $ 6,000,000.00 |
| | | | **Total** | **$ 6,000,000.00** | | | **$ 6,000,000.00** |

| | | |
|---|---|---|
| $ 23,000,000.00 | MATOC HUBZone | $ 27,600,000.00 |
| $ 6,000,000.00 | SDVOSB C-Type | |

| | | |
|---|---|---|
| **Total Projects** | | **7** |
| **Total Region Workload** | **$** | **29,000,000.00** |
| **Acquisition Strategy** | | **Set-Aside** |

*The Facility Type description represents the Project Number of the AIT/BT/WIT Facilities on the preceding pages.
The projects listed on this page are the corresponding Administrative Facilities



Protected Materials To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

**FY 08-12 Workload**
**NER Set-Aside CIW**

| Project Number | Project CAT CODE | FY | Facility Type | Project Cost | Location | Region | Project Value by FY |
|---|---|---|---|---|---|---|---|
| 51519 | 44220 | 2012 | Central Issue Warehouse | $ 572,000.00 | Picatinny Arsenal | NER | $ 572,000.00 |
| | | | **Total** | **$ 572,000.00** | | | **$ 572,000.00** |

$ 572,000.00 8(a) C-Type

**Total Projects** **1**
**Total Region Workload** **$ 572,000.00**
**Acquisition Strategy** **Set-Aside**

* The projects identified as either Central Issue Warehouse and General Purpose may be improperly titled. The projects are sorted by Category Code rather than Facility Type description.



Protected Materials To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

**FY 08-12 Workload**
**NWR Set-Aside CIW**

| Project Number | Project CAT CODE | FY | Facility Type | Project Cost | Location | Region | Project Value by FY |
|---|---|---|---|---|---|---|---|
| 25927 | 44220 | 2010 | Boat Storage Building | $ 375,000.00 | Ft. Leonard Wood, MO | NWR | $ 375,000.00 |
| | | | **Total** | **$ 375,000.00** | | | **$ 375,000.00** |

$ 375,000.00 8(a) C-Type

| | | |
|---|---|---|
| **Total Projects** | | **1** |
| **Total Region Workload** | **$** | **375,000.00** |
| **Acquisition Strategy** | | **Set-Aside** |

* The projects identified as either Central Issue Warehouse and General Purpose may be improperly titled. The projects are sorted by Category Code rather than Facility Type description.



Protected Materials To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

**FY 08-12 Workload**
**SER Set-Aside CIW**

| Project Number | Project CAT CODE | FY | Facility Type | Project Cost | Location | Region | Project Value by FY |
|---|---|---|---|---|---|---|---|
| 67648 | 44220 | 2008 | General Purpose Warehouse | $ 106,000.00 | Ft. Benning, GA | SER | |
| 65042 | 44220 | 2008 | LEB for BT Complex | $ 385,000.00 | Ft. Benning, GA | SER | |
| 65859 | 44220 | 2008 | GP Warehouse For Starship Building | $ 388,000.00 | Ft. Benning, GA | SER | |
| 64462 | 44220 | 2008 | GP Warehouse for Reception Bks. | $ 390,000.00 | Ft. Benning, GA | SER | $ 1,269,000.00 |
| 65322 | 44220 | 2009 | General Purpose Warehouse | $ 4,800,000.00 | Ft. Benning, GA | SER | |
| 65322 | 44220 | 2009 | General Purpose Warehouse | $ 6,100,000.00 | Ft. Benning, GA | SER | $ 10,900,000.00 |
| 58151 | 44220 | 2010 | General Purpose Warehouse | $ 498,000.00 | Redstone Arsenal, AL | SER | $ 498,000.00 |
| | | | **Total** | **$ 12,667,000.00** | | | **$ 12,667,000.00** |
| 65405 | 44220 | 2010 | General Purpose Warehouse | $ 21,000,000.00 | Ft. Benning, GA | SER | $ 21,000,000.00 |
| | | | **Total** | **$ 21,000,000.00** | | | **$ 21,000,000.00** |

| | | | |
|---|---|---|---|
| $ 12,667,000.00 | HUBZone MATOC | 3 to 4 Ktrs | $ 15,200,400.00 |
| $ 21,000,000.00 | SDVOSB C-Type | | |

| | |
|---|---|
| **Total Projects** | **8** |
| **Total Region Workload** | **$ 33,667,000.00** |
| **Acquisition Strategy** | **Set-Aside** |

* The projects identified as either Central Issue Warehouse and General Purpose may be improperly titled. The projects are sorted by Category Code rather than Facility Type description.



Protected Materials To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

**FY 08-12 Workload**
**NER Set-Aside GPW**

| Project Number | Project CAT CODE | FY | Facility Type | Project Cost | Location | Region | Project Value by FY |
|---|---|---|---|---|---|---|---|
| 66240 | 44110 | 2008 | General Purpose Warehouse | $ 3,465,000.00 | Aberdeen Proving Ground | NER | |
| Notional | 44110 | 2008 | General Purpose Warehouse | $ 500,000.00 | Ft. Drum, NY | NER | |
| Notional | 44110 | 2008 | General Purpose Warehouse | $ 500,000.00 | Ft. Drum, NY | NER | $ 4,465,000.00 |
| 65448 | 44220 | 2009 | Secure Storage Facility | $ 1,900,000.00 | Ft. Belvoir, VA | NER | |
| 65491 | 44110 | 2009 | General Purpose Warehouse | $ 4,053,000.00 | Aberdeen Proving Ground | NER | $ 5,953,000.00 |
| | | | **Total** | **$ 10,418,000.00** | | | $ 10,418,000.00 |

$ 10,418,000.00 SDVOSB SATOC 2 to 3 Ktrs $ 12,501,600.00

| | | |
|---|---|---|
| **Total Projects** | | **5** |
| **Total Region Workload** | **$** | **10,418,000.00** |
| **Acquisition Strategy** | | **Set-Aside** |

* The projects identified as either Central Issue Warehouse and General Purpose may be improperly titled. The projects are sorted by Category Code rather than Facility Type description.



Protected Materials To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

**FY 08-12 Workload**
**NWR Set-Aside GPW**

| Project Number | Project CAT CODE | FY | Facility Type | Project Cost | Location | Region | Project Value by FY |
|---|---|---|---|---|---|---|---|
| Notional | 44110 | 2008 | General Purpose Warehouse | $ 500,000.00 | Ft. Lewis, WA | NWR | |
| Notional | 44110 | 2008 | General Purpose Warehouse | $ 500,000.00 | Ft. Lewis, WA | NWR | $ 1,000,000.00 |
| | | | **Total** | **$ 1,000,000.00** | | | **$ 1,000,000.00** |

$ 1,000,000.00 8(a) C-Type

**Total Projects** 2
**Total Region Workload** $ 1,000,000.00
**Acquisition Strategy** Set-Aside

* The projects identified as either Central Issue Warehouse and General Purpose may be improperly titled. The projects are sorted by Category Code rather than Facility Type description.



Protected Materials To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

USACE/AR 0074

**FY 08-12 Workload**
**SER Set-Aside GPW**

| Project Number | Project CAT CODE | FY | Facility Type | Project Cost | Location | Region | Project Value by FY |
|---|---|---|---|---|---|---|---|
| 64759 | 44110 | 2011 | General Purpose Warehouse | $ 1,331,000.00 | Ft. Campbell, KY | SER | |
| | | | **Total** | **$ 1,331,000.00** | | | |
| 27464 | 44110 | 2010 | Central Issue Warehouse | $ 7,900,000.00 | Blue Grass Army Depot, KY | SER | |
| 27464 | 44110 | 2010 | General Purpose Warehouse | $ 102,000.00 | Blue Grass Army Depot, KY | SER | $ 9,333,000.00 |
| | | | **Total** | **$ 8,002,000.00** | | | **$ 9,333,000.00** |

| | |
|---|---|
| $ 8,002,000.00 | SDVOSB C-Type |
| $ 1,331,000.00 | 8(a) sole source |

| | | |
|---|---|---|
| **Total Projects** | | **3** |
| **Total Region Workload** | $ | **9,333,000.00** |
| **Acquisition Strategy** | | **Set-Aside** |

* The projects identified as either Central Issue Warehouse and General Purpose may be improperly titled. The projects are sorted by Category Code rather than Facility Type description.



Protected Materials To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

**FY 08-12 Workload**
**SWR Set-Aside GPW**

| Project Number | Project CAT CODE | FY | Facility Type | Project Cost | Location | Region | Project Value by FY |
|---|---|---|---|---|---|---|---|
| Notional | 44110 | 2008 | General Purpose Warehouse | $ 500,000.00 | Ft. Bliss, TX | SWR | |
| Notional | 44110 | 2008 | General Purpose Warehouse | $ 500,000.00 | Ft. Bliss, TX | SWR | $ 1,000,000.00 |
| 46669 | 44110 | 2010 | General Purpose Warehouse | $ 1,400,000.00 | White Sands Missile Rng | SWR | $ 1,400,000.00 |
| 66916 | 44110 | 2011 | General Purpose Warehouse | $ 7,093,000.00 | Ft. Bliss, TX | SWR | $ 7,093,000.00 |
| | | | **Total** | **$ 9,493,000.00** | | | **$ 9,493,000.00** |

$ 9,493,000.00 8(a) SATOC $ 11,391,600.00

**Total Projects** 4
**Total Region Workload** $ 9,493,000.00
**Acquisition Strategy** Set-Aside

* The projects identified as either Central Issue Warehouse and General Purpose may be improperly titled. The projects are sorted by Category Code rather than Facility Type description.



Protected Materials To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

**FY 08-12 Workload**
**Total Projects & Dollars**

| Region & Facility | Unrestricted | HUBZone | SDVO | 8A | Total | # Projects |
|---|---|---|---|---|---|---|
| NER UEPH | $ 304,174,632.00 | $ 94,710,412.00 | $ - | $ - | $ 398,885,044.00 | 15 |
| NWR UEPH | $ 430,392,000.00 | $ 163,738,460.00 | $ - | $ 91,222,000.00 | $ 685,352,460.00 | 28 |
| SER UEPH | $ 493,917,240.00 | $ 81,204,000.00 | $ - | $ - | $ 575,121,240.00 | 24 |
| SWR UEPH | $ 339,007,536.00 | $ - | $ 22,856,648.00 | $ 47,618,000.00 | $ 409,482,184.00 | 12 |
| NER AIT | $ 133,600,000.00 | $ - | $ - | $ 6,000,000.00 | $ 139,600,000.00 | 6 |
| NWR AIT | $ 227,000,000.00 | $ - | $ 21,244,000.00 | $ 18,000,000.00 | $ 266,244,000.00 | 13 |
| SER AIT | $ 461,311,000.00 | $ 21,000,000.00 | $ - | $ 19,000,000.00 | $ 501,311,000.00 | 24 |
| SWR AIT | $ 278,900,000.00 | $ 23,000,000.00 | $ 6,000,000.00 | $ - | $ 307,900,000.00 | 14 |
| NER CIW | $ - | $ - | $ - | $ 572,000.00 | $ 572,000.00 | 1 |
| NWR CIW | $ - | | $ - | $ 375,000.00 | $ 375,000.00 | 1 |
| SER CIW | $ - | $ 12,667,000.00 | $ 21,000,000.00 | $ - | $ 33,667,000.00 | 8 |
| SWR CIW | $ - | $ - | $ - | $ - | $ - | 0 |
| NER GP | $ - | $ - | $ 10,418,000.00 | | $ 10,418,000.00 | 5 |
| NWR GP | $ - | $ - | $ - | $ 1,000,000.00 | $ 1,000,000.00 | 2 |
| SER GP | | | $ 8,002,000.00 | $ 1,331,000.00 | $ 9,333,000.00 | 3 |
| SWR GP | $ - | | $ - | $ 9,493,000.00 | $ 9,493,000.00 | 4 |
| | **$ 2,668,302,408.00** | **$ 396,319,872.00** | **$ 89,520,648.00** | **$ 194,611,000.00** | **$ 3,348,753,928.00** | **160** |

| Region & Facility | Unrestricted | HUBZone | SDVO | 8A | Total | # Projects |
|---|---|---|---|---|---|---|
| NER UEPH | $ 304,174,632.00 | $ 94,710,412.00 | $ - | $ - | $ 398,885,044.00 | 15 |
| NWR UEPH | $ 430,392,000.00 | $ 163,738,460.00 | $ - | $ 91,222,000.00 | $ 685,352,460.00 | 28 |
| SER UEPH | $ 493,917,240.00 | $ 81,204,000.00 | $ - | $ - | $ 575,121,240.00 | 24 |
| SWR UEPH | $ 339,007,536.00 | $ - | $ 22,856,648.00 | $ 47,618,000.00 | $ 409,482,184.00 | 12 |
| | **$ 1,567,491,408.00** | **$ 339,652,872.00** | **$ 22,856,648.00** | **$ 138,840,000.00** | **$ 2,068,840,928.00** | **79** |

| Region & Facility | Unrestricted | HUBZone | SDVO | 8A | Total | # Projects |
|---|---|---|---|---|---|---|
| NER AIT | $ 133,600,000.00 | $ - | $ - | $ 6,000,000.00 | $ 139,600,000.00 | 6 |
| NWR AIT | $ 227,000,000.00 | $ - | $ 21,244,000.00 | $ 18,000,000.00 | $ 266,244,000.00 | 13 |
| SER AIT | $ 461,311,000.00 | $ 21,000,000.00 | $ - | $ 19,000,000.00 | $ 501,311,000.00 | 24 |
| SWR AIT | $ 278,900,000.00 | $ 23,000,000.00 | $ 6,000,000.00 | $ - | $ 307,900,000.00 | 14 |
| | **$ 1,100,811,000.00** | **$ 44,000,000.00** | **$ 27,244,000.00** | **$ 43,000,000.00** | **$ 1,215,055,000.00** | **57** |

| Region & Facility | Unrestricted | HUBZone | SDVO | 8A | Total | # Projects |
|---|---|---|---|---|---|---|
| NER CIW | $ - | $ - | $ - | $ 572,000.00 | $ 572,000.00 | 1 |
| NWR CIW | $ - | | $ - | $ 375,000.00 | $ 375,000.00 | 1 |
| SER CIW | $ - | $ 12,667,000.00 | $ 21,000,000.00 | $ - | $ 33,667,000.00 | 8 |
| SWR CIW | $ - | $ - | $ - | $ - | $ - | 0 |
| | **$ -** | **$ 12,667,000.00** | **$ 21,000,000.00** | **$ 947,000.00** | **$ 34,614,000.00** | **10** |

| Region & Facility | Unrestricted | HUBZone | SDVO | 8A | Total | # Projects |
|---|---|---|---|---|---|---|
| NER GP | $ - | $ - | $ 10,418,000.00 | | $ 10,418,000.00 | 5 |
| NWR GP | $ - | $ - | $ - | $ 1,000,000.00 | $ 1,000,000.00 | 2 |
| SER GP | | | $ 8,002,000.00 | $ 1,331,000.00 | $ 9,333,000.00 | 3 |
| SWR GP | $ - | | $ - | $ 9,493,000.00 | $ 9,493,000.00 | 4 |
| | **$ -** | **$ -** | **$ 18,420,000.00** | **$ 11,824,000.00** | **$ 30,244,000.00** | **14** |



Protected Materials To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

FY 08-12 Workload
Total Projects & Dollars

| Region & Facility | Unrestricted | HUBZone | SDVO | 8A | Total |
|---|---|---|---|---|---|
| NER UEPH | 6 | 9 | 0 | 0 | 15 |
| NWR UEPH | 8 | 16 | 0 | 4 | 28 |
| SER UEPH | 17 | 7 | 0 | 0 | 24 |
| SWR UEPH | 6 | 0 | 4 | 2 | 12 |
| NER AIT | 4 | 0 | 0 | 2 | 6 |
| NWR AIT | 6 | 0 | 1 | 6 | 13 |
| SER AIT | 13 | 6 | 0 | 5 | 24 |
| SWR AIT | 7 | 6 | 1 | 0 | 14 |
| NER CIW | 0 | 0 | 0 | 1 | 1 |
| NWR CIW | 0 | 0 | 0 | 1 | 1 |
| SER CIW | 0 | 7 | 1 | 0 | 8 |
| SWR CIW | 0 | 0 | 0 | 0 | 0 |
| NER GP | 0 | 0 | 5 | 0 | 5 |
| NWR GP | 0 | 0 | 0 | 2 | 2 |
| SER GP | 0 | 0 | 2 | 1 | 3 |
| SWR GP | 0 | 0 | 0 | 4 | 4 |
| | **67** | **51** | **14** | **28** | **160** |

| Region & Facility | Unrestricted | HUBZone | SDVO | 8A | Total |
|---|---|---|---|---|---|
| NER UEPH | 6 | 9 | 0 | 0 | 15 |
| NWR UEPH | 8 | 16 | 0 | 4 | 28 |
| SER UEPH | 17 | 7 | 0 | 0 | 24 |
| SWR UEPH | 6 | 0 | 4 | 2 | 12 |
| | **37** | **32** | **4** | **6** | **79** |

| Region & Facility | Unrestricted | HUBZone | SDVO | 8A | Total |
|---|---|---|---|---|---|
| NER AIT | 4 | 0 | 0 | 2 | 6 |
| NWR AIT | 6 | 0 | 1 | 6 | 13 |
| SER AIT | 13 | 6 | 0 | 5 | 24 |
| SWR AIT | 7 | 6 | 1 | 0 | 14 |
| | **30** | **12** | **2** | **13** | **57** |

| Region & Facility | Unrestricted | HUBZone | SDVO | 8A | Total |
|---|---|---|---|---|---|
| NER CIW | 0 | 0 | 0 | 1 | 1 |
| NWR CIW | 0 | 0 | 0 | 1 | 1 |
| SER CIW | 0 | 7 | 1 | 0 | 8 |
| SWR CIW | 0 | 0 | 0 | 0 | 0 |
| | **0** | **7** | **1** | **2** | **10** |

| Region & Facility | Unrestricted | HUBZone | SDVO | 8A | Total |
|---|---|---|---|---|---|
| NER GP | 0 | 0 | 5 | 0 | 5 |
| NWR GP | 0 | 0 | 0 | 2 | 2 |
| SER GP | 0 | 0 | 2 | 1 | 3 |
| SWR GP | 0 | 0 | 0 | 4 | 4 |
| | **0** | **0** | **7** | **7** | **14** |

| | | | | |
|---|---|---|---|---|
| **67** | **51** | **14** | **28** | **160** |



Protected Materials To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

## SBA Search Results

Mail-Merge Listing, where the firm is active in searches;the profile contains any of these keyword(s): **'design-build'**; the firm is small in any of these NAICS codes: **236220;** the firm has construction bonding (per contract) of at least **$4,000,000.00;** the firm is currently **8(a)-certified or an 8(a)** Joint Venture; and randomized by original start time of search: 2008-01-12 04:55:39 PM.
Data validation took 0.01 seconds. The count and search queries took 0.09 seconds and 0.12 seconds, respectively.

| Firm Name | State | Bonding Per Contract | Region |
|---|---|---|---|
| LUMUS CONSTRUCTION, INC. | MA | $10,000,000.00 | NER |
| PAIGE INDUSTRIAL SERVICES, INC. | MD | $5,000,000.00 | NER |
| PATEL CONSTRUCTION CO., INC. | ME | $5,500,000.00 | NER |
| PERRYMAN BUILDING AND CONSTRUCTION SERVICES, INC | PA | $5,000,000.00 | NER |
| JAMES CONSTRUCTION COMPANY | PA | $15,000,000.00 | NER |
| PATEL CONSTRUCTION CO., INC. | RI | $5,500,000.00 | NER |
| THR ENTERPRISES, INC. | VA | $10,000,000.00 | NER |
| MAXFOUR ENGINEERS AND ARCHITECTS, LLC | CO | $6,000,000.00 | NWR |
| NEWSTROM-DAVIS CONSTRUCTION COMPANY OF COLORADO | CO | $10,000,000.00 | NWR |
| MIDWEST PAVING INC | NE | $7,000,000.00 | NWR |
| L.D.V., INC. | OH | $25,000,000.00 | NWR |
| ODYSSEY INTERNATIONAL INC | UT | $60,000,000.00 | NWR |
| RMA LAND CONSTRUCTION, INC. | UT | $15,000,000.00 | NWR |
| DWG & ASSOCIATES, INC | WA | $7,500,000.00 | NWR |
| PACIFIC TECH CONSTRUCTION, INC | WA | $15,000,000.00 | NWR |
| TEPA EC LLC | WI | $40,000,000.00 | NWR |
| CLEMENT GROUP, LLC, THE | AL | $10,000,000.00 | SER |
| AMERICAN CONTRACTOR & TECH INC | FL | $4,000,000.00 | SER |
| CORE CONSTRUCTION COMPANY | FL | $4,000,000.00 | SER |
| N.P. CONSTRUCTION OF NORTH FLORIDA INC | FL | $4,000,000.00 | SER |
| PACIFIC TECH CONSTRUCTION, INC | FL | $15,000,000.00 | SER |
| SLONE ASSOCIATES, INC. | GA | $10,000,000.00 | SER |
| T.E.M. GROUP, INC | KY | $5,000,000.00 | SER |
| AMERICAN CONTRACTOR AND TECHNOLOGY INC. | LA | $4,000,000.00 | SER |
| CALLIS CONTRACTORS INC | NC | $5,000,000.00 | SER |
| DWG & ASSOCIATES, INC | CA | $7,500,000.00 | SWR |
| I.E.-PACIFIC, INC. | CA | $13,000,000.00 | SWR |
| RMA LAND CONSTRUCTION, INC. | CA | $15,000,000.00 | SWR |
| BLACK, O'DOWD AND ASSOCIATES, INC. | CA | $5,000,000.00 | SWR |



Protected Materials To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

| Firm Name | State | Bonding Per Contract | Region |
|---|---|---|---|
| VANGUARD CONSTRUCTION INC | CA | $5,000,000.00 | SWR |
| RMA LAND CONSTRUCTION, INC | CA | $15,000,000.00 | SWR |
| IE PACIFIC INC | CA | $13,000,000.00 | SWR |
| RMA LAND CONSTRUCTION, INC | CA | $15,000,000.00 | SWR |
| TEPA EC, LLC | CA | $20,000,000.00 | SWR |
| RUBECON GENERAL CONTRACTING INC | CA | $6,000,000.00 | SWR |
| CAL-CITY CONSTRUCTION, INC | CA | $7,000,000.00 | SWR |
| TEPA EC, LLC | NM | $20,000,000.00 | SWR |
| C3, LLC | OK | $10,000,000.00 | SWR |
| IOWA TRIBE OF OKLAHOMA | OK | $15,000,000.00 | SWR |
| G W HASTINGS CONSTRUCTION COMPANY, INC | OK | $20,000,000.00 | SWR |
| PUENTE, INC | TX | $5,000,000.00 | SWR |
| LICON ENGINEERING COMPANY, INC | TX | $5,000,000.00 | SWR |
| SOLIS CONSTRUCTORS, INC. | TX | $20,000,000.00 | SWR |
| GEE CEE COMPANY OF LA INC | TX | $20,000,000.00 | SWR |
| CON-COR, INC. | TX | $4,000,000.00 | SWR |

| | |
|---|---|
| **Total Firms** | **45** |
| **NER Firms** | **7** |
| **NWR Firms** | **9** |
| **SER Firms** | **9** |
| **SWR Firms** | **20** |
| **AK Firms** | **0** |



Protected Materials To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

## SBA Search Results

Mail-Merge Listing, where the firm is active in searches;the firm is small in any of these NAICS codes: **236220;** the firm has construction bonding (per contract) of at least **$4,000,000.00;** the firm is currently **8(a)-certified or an 8(a**) Joint Venture; and randomized by original start time of search: 2008-01-12 05:02:33 PM.

Data validation took 0.01 seconds. The count and search queries took 0.00 seconds and 1.44 seconds, respectively.

| Firm Name | State | Bonding Per Contract | Region |
|---|---|---|---|
| PORT GRAHAM DEVELOPMENT CORPORATION | AK | $30,000,000.00 | ALL |
| ALUTIIQ-MELE LLC | AK | $70,000,000.00 | ALL |
| NLCF, LLC | AK | $36,225,610.00 | ALL |
| NUNA SERVICES LTD | AK | $20,000,000.00 | ALL |
| NENANA LUMBER COMPANY, INC. | AK | $15,000,000.00 | ALL |
| BC CONTRACTORS, INC | AK | $5,000,000.00 | ALL |
| NLCF, LLC | AK | $5,000,000.00 | ALL |
| NANA PACIFIC LLC | AK | $20,000,000.00 | ALL |
| NORTHERN TAIGA VENTURES, INC. | AK | $30,000,000.00 | ALL |
| FRONTIER SYSTEMS INTEGRATORS, LLC | AK | $5,000,000.00 | ALL |
| BRISTOL ENVIRONMENTAL REMEDIATION SERVICES LLC | AK | $50,000,000.00 | ALL |
| ASRC CONSTRUCTORS, INC. | AK | $50,000,000.00 | ALL |
| AKIMA CONSTRUCTION SERVICES, LLC | AK | $5,000,000.00 | ALL |
| SUULUTAAQ INC | AK | $10,000,000.00 | ALL |
| NORTH STAR PAVING & CONSTRUCTION INC | AK | $10,000,000.00 | ALL |
| JKM GENERAL CONTRACTORS, LLC | AK | $5,000,000.00 | ALL |
| L & N VENTURES | AK | $45,000,000.00 | ALL |
| DIHTHAAD GLOBAL SERVICES LLC | AK | $5,000,000.00 | ALL |
| BRISTOL DESIGN BUILD SERVICES | AK | $50,000,000.00 | ALL |
| TATITLEK MANAGEMENT INC | AK | $6,000,000.00 | ALL |
| NUVUK CONSTRUCTION, LLC | AK | $40,000,000.00 | ALL |
| WHITE MOUNTAIN CONSTRUCTION LLC | AK | $5,000,000.00 | ALL |
| CHEMTRACK LLC | AK | $5,000,000.00 | ALL |
| ROCKFORD CORPORATION | AK | $40,000,000.00 | ALL |
| APM, LLC | AK | $5,000,000.00 | ALL |
| UKPIK LLC | AK | $40,000,000.00 | ALL |
| SIKU CONSTRUCTION, LLC | AK | $50,000,000.00 | ALL |
| KOHT'AENE ENTERPRISES COMPANY, LLC | AK | $5,000,000.00 | ALL |
| ANCOR INC. | AK | $99,999,999.00 | ALL |





Protected Materials To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

| Firm Name | State | Bonding Per Contract | Region |
|---|---|---|---|
| F E CONTRACTING INC | AK | $10,000,000.00 | ALL |
| KIC CONSTRUCTION | AK | $5,000,000.00 | ALL |
| MA-CHIS LOWER CREEK INDIAN TRIBE ENTERPRISES | AL | $99,999,999.00 | SER |
| MIC - PCI LLC JOINT VENTURE | AL | $50,000,000.00 | SER |
| BSI CONTRACTING, INC. | AL | $5,000,000.00 | SER |
| SOUTHEAST CHEROKEE CONSTRUCTION, INC | AL | $12,000,000.00 | SER |
| COMMUNITY RECOVERY SERVICES INC | AL | $15,000,000.00 | SER |
| HAMMER LGC INC | AL | $10,000,000.00 | SER |
| CLEMENT GROUP, LLC, THE-CARNTRIBE, LLC, JOINT VENTURE, LLC | AL | $10,000,000.00 | SER |
| YEARGAN CONSTRUCTION COMPANY LLC | AL | $5,000,000.00 | SER |
| NORTH ALABAMA ELECTRIC, INC | AL | $5,000,000.00 | SER |
| H & H BUILDERS & CONTRACTING LLC | AL | $5,000,000.00 | SER |
| SOUTHEAST CHEROKEE CONSTRUCTION INC | AL | $12,000,000.00 | SER |
| CARTERS CONTRACTING SERVICES INC | AL | $8,000,000.00 | SER |
| CLEMENT GROUP, LLC, THE | AL | $10,000,000.00 | SER |
| YSTUETA INC | AL | $10,000,000.00 | SER |
| MCCLAIN CONTRACTING CO., INC. | AL | $20,000,000.00 | SER |
| LJC DEFENSE CONTRACTING INC | AL | $5,000,000.00 | SER |
| J2 ENGINEERING INC | AR | $5,000,000.00 | SWR |
| JACK MORGAN CONSTRUCTION COMPANY INC | AR | $5,000,000.00 | SWR |
| MCCORMICK ASPHALT PAVING AND EXCAVATING, INC. | AR | $5,000,000.00 | SWR |
| CANDELARIA CORPORATION | AZ | $13,000,000.00 | SWR |
| FAR WEST CONSTRUCTION OF NORTHERN ARIZONA | AZ | $10,000,000.00 | SWR |
| 1MD, INC. | AZ | $5,000,000.00 | SWR |
| FORSMAN INC | AZ | $5,000,000.00 | SWR |
| SUNSET AIR, INC | AZ | $12,000,000.00 | SWR |
| B DIXON COMPANY | AZ | $5,000,000.00 | SWR |
| SOTO CONSTRUCTION COMPANY, INC. | AZ | $6,000,000.00 | SWR |
| APM, LLC | AZ | $5,000,000.00 | SWR |
| UTILITY CONSTRUCTION COMPANY, INC. | AZ | $5,000,000.00 | SWR |
| HAL HAYS CONSTRUCTION, INC | CA | $15,000,000.00 | SWR |
| BRAHMA ENGINEERING, INC. | CA | $5,000,000.00 | SWR |
| DAHL TAYLOR & ASSOCIATES INC | CA | $5,000,000.00 | SWR |
| MIRAMAR CONSTRUCTION INC | CA | $10,000,000.00 | SWR |
| RMA LAND CONSTRUCTION, INC. | CA | $15,000,000.00 | SWR |
| SLS CONSTRUCTORS, INC | CA | $5,000,000.00 | SWR |



Protected Materials To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order