# In the United States Court of Federal Claims

No. 08-94C
Filed: April 24, 2008

| | |
|---|---|
| TYLER CONSTR. GROUP, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

---

ORDER

GRANTING MOTION TO CORRECT
ADMINISTRATIVE RECORD

and

DEEMING PLAINTIFF'S SATOC ARGUMENTS MOOT
IN LIGHT OF AMENDMENT 10 TO SOLICITATION

---

Defendant's April 24, 2008, unopposed motion to correct the administrative record is GRANTED.

In addition, based upon the Corps' March 2008 issuance of Amendment 10 to the solicitation, which plaintiff and defendant agree moots plaintiff's arguments concerning single award task order contracts (SATOCs), plaintiff's SATOC arguments presented in its pending motion for judgment are deemed moot.

s/John P. Wiese
John P. Wiese
Judge