IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| TYLER CONSTRUCTION GROUP, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 08-94C |
| | : | (Judge Wiese) |
| THE UNITED STATES, | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b)(1) and 6.1, Plaintiff, Tyler Construction Group, by its counsel respectfully requests a 10-day enlargement of time, to and including May 19, 2008, to file Plaintiff's response to Defendant's Motion for Judgment Upon the Administrative Record. This is Plaintiff's first request for an enlargement of time for this purpose. Plaintiff's counsel has consulted with counsel for the Defendant, and Defendant has no objection to this request.

In addition to this action, attorney of record for the Plaintiff has been engaged in a number of other matters before this Court that have occupied his attention in recent weeks and will require his continued involvement in the coming week. An enlargement of time will enable Plaintiff's counsel to devote the time that this important case demands to complete a full reply to Defendant's response and to fully respond to Defendant's motion.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant the unopposed motion for enlargement of time of ten days, to and including May 19, 2008 for

Plaintiff's response to Defendant's Motion for Judgment Upon the Administrative Record.

Respectfully submitted,

Dated: May 6, 2008

/s/ Michael H. Payne

Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Drive, Suite 100
Fort Washington, PA 19034
Tel: (215) 542-2777
Fax: (213) 542-2779
mhp@phslegal.com

Attorney of Record for
Tyler Construction Group

Of Counsel:
Joseph A. Hackenbracht, Esquire
Payne Hackenbracht & Sullivan