# In the United States Court of Federal Claims

No. 08-94C
Filed: May 7, 2008

| | |
|---|---|
| TYLER CONSTR. GROUP, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

---

ORDER

GRANTING MOTION FOR ENLARGEMENT

---

Plaintiff's May 7, 2008, unopposed motion for an enlargement of time, to and including May 19, 2008, within which to file its response and reply brief is GRANTED.

s/John P. Wiese
John P. Wiese
Judge