IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| TYLER CONSTRUCTION GROUP, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 08-94C |
| | : | (Judge Wiese) |
| THE UNITED STATES, | : | |
| | : | |
| Defendant. | : | |

**MOTION TO CORRECT DOCKET ENTRY NUMBER 25 FILED IN ERROR**

The Plaintiff respectfully requests that this Honorable Court permit the Plaintiff to correct docket entry number 25 which was filed in error by withdrawing the document. Plaintiff erroneously titled its motion to exceed page limits as a motion for extension of time. Plaintiff apologizes for any confusion caused by its mistake. The motion to exceed page limits was correctly filed as docket entry number 26.

Respectfully submitted,

Dated: May 16, 2008

/s/ Michael H. Payne_____
Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Ft. Washington, PA 19034
215-542-2777
215-542-2779(fax)
mhp@phslegal.com

Attorney of Record for
TYLER CONSTRUCTION GROUP

OF COUNSEL:

Joseph A. Hackenbracht, Esquire
Timothy A. Sullivan, Esquire
Payne Hackenbracht & Sullivan