IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| TYLER CONSTRUCTION GROUP, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 08-94C |
| | : | (Judge Wiese) |
| THE UNITED STATES, | : | |
| | : | |
| Defendant. | : | |

**MOTION TO UNSEAL DOCUMENTS FILED UNDER PROTECTIVE ORDER**

The parties have completed the briefing associated with cross-motions for judgment upon the administrative record. Pursuant to the Court's Protective Order dated February 21, 2008, the parties have conferred concerning confidential material associated with the parties' cross-motions. Although the cross-motions and Plaintiff's reply brief cite documents in the Administrative Record that were designated by Defendant as confidential pursuant to the Protective Order, the parties agree that the descriptions of these documents in the cross-motions and Plaintiff's reply brief do not contain confidential material and do not need to be maintained under seal.

Counsel for the Defendant has informed counsel for the Plaintiff that Defendant has no objection to the release of the cross-motions and Plaintiff's reply brief that originally were filed under seal pursuant to the Protective Order. Finally, we note that a redacted version of Defendant's reply brief already has been filed in the public record and therefore is not the subject of this motion.

Accordingly, Plaintiff requests the Court unseal, and therefore release from the Protective Order, the following documents:

| Docket Entry | Description |
|---|---|
| 17 | MOTION for Summary Judgment on the Administrative Record filed by Plaintiff, and attached Memorandum of Law and Affidavit |
| 22 | MOTION for Summary Judgment on the Administrative Record and Response to Plaintiff's Cross-Motion For Judgment on the Administrative Record, filed by USA |
| 28 | Response to Defendant's Cross-Motion For Judgment on the Administrative Record and Reply to Defendant's Response to Plaintiff's Motion for Judgment on the Administrative Record, filed by Plaintiff |

Respectfully submitted,

Date: June 3, 2008

/s/ Michael H. Payne

Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Ft. Washington, PA 19034
215-542-2777/215-542-2779(fax)

Attorney of Record for
TYLER CONSTRUCTION GROUP

Of Counsel:
Joseph A. Hackenbracht, Esquire
Timothy A. Sullivan, Esquire
Payne Hackenbracht & Sullivan