# In the United States Court of Federal Claims

No. 08-94C
Filed: June 3, 2008

TYLER CONSTR. GROUP,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

ORDER

GRANTING MOTION TO UNSEAL DOCUMENTS

---

Plaintiff's June 3, 2008, unopposed motion to unseal the following documents filed under the protective order is GRANTED:

| | |
|---|---|
| Document 17 | Plaintiff's Motion for Summary Judgment on the Administrative Record |
| Document 22 | Defendant's Cross-Motion for Summary Judgment on the Administrative Record |
| Document 28 | Plaintiff's Response and Reply Brief |

s/John P. Wiese
John P. Wiese
Judge