# In the United States Court of Federal Claims

No. 08-94C
Filed: June 9, 2008

TYLER CONSTR. GROUP,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

ORDER

SCHEDULING ORAL ARGUMENT

---

Pursuant to the agreement of the parties, oral argument on the parties' cross-motions for judgment on the administrative record is scheduled for 11:00 a.m. on Wednesday, June 25, 2008, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC. The courtroom designation will be posted on the bulletin board in the lobby of the courthouse. The proceedings will be digitally recorded.

s/John P. Wiese
John P. Wiese
Judge