# In the United States Court of Federal Claims

No. 08-94C
Filed: June 26, 2008

| | |
|---|---|
| TYLER CONSTR. GROUP, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

REQUIRING SUPPLEMENTAL BRIEFING

As discussed during the oral argument held on June 25, 2008, the court hereby ORDERS:

1. On or before July 7, 2008, defendant shall file a supplemental brief not to exceed 5 pages.

2. On or before July 21, 2008, plaintiff shall file a responsive brief not to exceed 5 pages.

s/John P. Wiese
John P. Wiese
Judge