# In the United States Court of Federal Claims

**No. 08-94 C**

**TYLER CONSTRUCTION GROUP**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion, filed August 14, 2008, granting defendant's motion for judgment on the administrative record and denying plaintiff's cross-motion,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed.

John S. Buckley
Acting Clerk of Court

**August 20, 2008** By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.