ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
SEP 16 2008
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TYLER CONSTRUCTION GROUP, Plaintiff, v. THE UNITED STATES, Defendant. | : : : : : : : : : : | No. 08-94C (Judge Wiese) |

## NOTICE OF APPEAL

Notice is hereby given that TYLER CONSTRUCTION GROUP, in the above-named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered in this action on August 20, 2008.

RESPECTFULLY SUBMITTED,

Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
Suite 100
220 Commerce Drive
Fort Washington, PA 19034
(215) 542-2777
(215) 542-2779 (fax)
mhp@phslegal.com

Counsel of Record for
Tyler Construction Group

Date: September 15, 2008